UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRISCILLA DOSS, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>FRANCISCAN HEALTH SYSTEM,<br>d/b/a ST. JOSEPH MEDICAL CENTER,<br><br>                Defendant. | CASE NO. C11-5163BHS<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CONTINUANCE |

      This matter comes before the Court on Plaintiffs Pricilla Doss, Theonie Labee, Patrice Miller, Patricia Norris, and Mary Hayes' ("Plaintiffs") motion for continuance (Dkt. 35). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby grants in part and denies in part the motion for the reasons stated herein.

      On July 19, 2011, the Court issued a scheduling order setting a trial date of November 6, 2012, and other pretrial deadlines. Dkt. 16. On April 16, 2012, Plaintiffs' lead attorney filed a notice of withdrawal. Dkt. 34.

      On April 18, 2012, Plaintiffs filed a motion for continuance requesting a ninety-day continuance of the trial and all remaining deadlines. Dkt. 35. On April 25, 2012, Defendant Franciscan Health System, d/b/a St. Joseph Medical Center ("Hospital"), responded and opposed the continuance. Dkt. 37. On April 27, 2012, Plaintiffs replied. Dkt. 40.

ORDER - 1

The Court may alter a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). The Court finds that there is good cause for the extension of some deadlines, but not good cause for a full ninety-day extension of every deadline and the trial date. Therefore, Plaintiffs' motion (Dkt. 35) is **GRANTED in part** and **DENIED in part** and the Court hereby resets relevant deadlines as follows:

Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 6/15/2012,

Rebuttal Expert Disclosure/Reports due by 7/2/2012,

Motions due by 7/20/2012,

Discovery completed by 8/15/2012, and

Dispositive motions due by 9/1/2012.

**IT IS SO ORDERED**.

DATED this 30th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge