# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Priscilla Doss, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV11-5163BHS |
| Franciscan Health System, d/b/a, ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's case is DISMISSED
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Benjamin H. Settle   on a motion for
  Summary Judgment
.

Date:   10/25/2012

*CLERK OF COURT*

Gretchen C. (signature)

*Signature of Clerk or Deputy Clerk*