UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRISCILLA DOSS, Individually; THEONIE LABEE, Individually; PATRICE MILLER, Individually; PATRICIA NORRIS, Individually; and, MARY HAYES, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCISCAN HEALTH SYSTEM d/b/a ST. JOSEPH MEDICAL CENTER,<br><br>Defendants. | No. 3:11-CV-05163BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARY HAYES** |

Plaintiff Mary Hayes ("Hayes") and Defendant Franciscan Health System d/b/a St. Joseph Medical Center ("SJMC"), (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. On February 19, 2013, a Pierce County Superior Court Commissioner approved the settlement between Hayes, an incapacitated person, and SJMC, in this matter;

2. The Parties therefore stipulate that all claims filed by Hayes against SJMC shall be dismissed in their entirety *with prejudice* and without costs or attorneys' fees to either party.

IT IS SO STIPULATED.

**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARY HAYES**- 1
3:11-CV-05163 (BHS)

73426931.1 0032335-00078

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

RESPECTFULLY SUBMITTED this 22nd day of February, 2013.

| THE LAW OFFICES OF THADDEUS P. MARTIN | STOEL RIVES, LLP |
|---|---|
| By: */s/ Thaddeus P. Martin (per 2/22/13 email approval)*<br>Thaddeus P. Martin, WSBA No. 28175<br>David H. Black, WSBA 29183<br>4928 109th St. SW<br>Lakewood, WA  98499<br>Telephone: 253.682.3420<br>Facsimile: (253) 682-0977<br>tmartin@Thadlaw.com<br>david@thadlaw.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Elena C. Burt*<br>Keelin A. Curran, WSBA No. 16258<br>Elena C. Burt, WSBA No. 38836<br>Karin D. Jones, WSBA No. 42406<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone:  (206) 624-0900<br>Facsimile:  (206) 386-7500<br>kacurran@stoel.com<br>ecburt@stoel.com<br>kdjones@stoel.com<br><br>*Attorneys for Defendant* |

## ORDER

THIS MATTER CAME BEFORE THE COURT on the parties' Stipulation for Dismissal of Claims of Plaintiff Hayes in this matter.  The Court has reviewed the Stipulation and the records and files herein.

Being fully informed, the Court hereby ORDERS as follows:  Plaintiff Hayes' claims against SJMC are dismissed in their entirety *with prejudice* and without costs to either party.

IT IS SO ORDERED.

Dated this 25th day of February, 2013.


_____
BENJAMIN H. SETTLE
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF MARY HAYES**- 2
3:11-CV-05163 (BHS)

73426931.1 0032335-00078

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*